[No. 12500–1–I. Division One. April 11, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES MILTON GARRETT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–01495–4, Lee Kraft, J., entered November 15, 1982. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Andersen and Ringold, JJ.

[No. 12908–2–I. Division One. April 11, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK ALLEN RYAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–8–03833–6, Terrence A. Carroll, J., entered February 7, 1983. *Affirmed* by unpublished per curiam opinion.

[No. 5023–8–III. Division Three. April 12, 1984.]

DALE CAMERON, ET AL, *Respondents,* v. JAMES G. LAYMAN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Klickitat County, No. 12741, Alan R. Hallowell, J., entered January 25, 1982. *Reversed* and *remanded* by unpublished opinion per Munson, C.J., concurred in by Green, J., McInturff, J., dissenting.